**ORDERED ACCORDINGLY.**

**T I F F A N Y  &  B O S C O**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

**Dated: January 05, 2010**

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-29257/0146559976

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Carl David Brooks and Christie Anne Brooks<br>　　　　　Debtors.<br>_____<br>US Bank National Association as successor Trustee to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2005-9<br>　　　　　Movant,<br>　　vs.<br><br>Carl David Brooks and Christie Anne Brooks, Debtors, David A. Birdsell, Trustee.<br><br>　　　　Respondents.<br>_____ | No. 2:09-bk-28892-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #11) |

　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

…

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated  and recorded in the office of the Maricopa County Recorder wherein US Bank National Association as successor Trustee to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2005-9 is the current beneficiary and Carl David Brooks and Christie Anne Brooks have an interest in, further described as:

LOT 84, PARCEL D AT SOSSAMAN ESTATES, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORED IN BOOK 572 OF MAPS, PAGE 32 AND AFFIDAVIT OF CORRECTION RECORED IN RECORDERS
NO.03·314539.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____day of _____, 2009.


_____
JUDGE OF THE U.S. BANKRUPTCY COURT